# REDACTED

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 4/ |
| | ) | |
| JAMES COOK, | ) | |
| | ) | |
| Defendant. | ) | |

### INDICTMENT

# SEALED

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about January 3, 2008, in the State and District of Delaware, JAMES COOK, defendant herein, did knowingly attempt to possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, a controlled substance, a violation of Title 21, United States Code, Sections Sections 841(a)(1) and (b)(1)(C), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

On or about January 3, 2008, in the State and District of Delaware, JAMES COOK, defendant herein, after having been convicted on or about May 19, 1987, in the Superior Court of the State of Delaware, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is:

a.   Thompson/Center Arms Co., model Contender, .30-30 caliber pistol, serial number 22568

b.   Winchester, model 190, .22 caliber rifle, serial number B1701203

c.   Winchester, model 67A, .22 caliber rifle

d.   Marlin Firearms Co., model 60, .22 caliber rifle, serial number 12403974

e.   Mosin-Nagant, .762 caliber rifle, serial number GR1516

f.   Mossberg, model Silver Reserve, 12 gauge shotgun, serial number TR12038958

g.   High Standard, model 20, 12 gauge shotgun

h.   Winchester, model 94, .30-30 caliber rifle, serial number IS25849

i.   Rossi, model 62 SAC, .22 caliber rifle, serial number G438390

j.   Savage Arms Inc., model 311C, .410 caliber rifle

k.   Ruger, model P-95, 9mm pistol, serial number 31542481

in violation of Title 18, United States Code, Sections 922(g)(1) & 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of one or more of the offenses alleged in Count One of this Indictment, defendant James Cook shall forfeit to the United States pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and 28 U.S.C. § 2461(c), any property, real and personal, that constitutes or is derived from or is traceable to proceeds obtained directly or indirectly from the commission of the above offense(s); all property, real or personal, that was used to facilitate, or was intended to be used to facilitate the commission of the offense(s); and, all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

a.   Thompson/Center Arms Co., model Contender, .30-30 caliber pistol, serial number 22568
b.   Winchester, model 190, .22 caliber rifle, serial number B1701203
c.   Winchester, model 67A, .22 caliber rifle
d.   Marlin Firearms Co., model 60, .22 caliber rifle, serial number 12403974
e.   Mosin-Nagant, .762 caliber rifle, serial number GR1516
f.   Mossberg, model Silver Reserve, 12 gauge shotgun, serial number TR12038958
g.   High Standard, model 20, 12 gauge shotgun
h.   Winchester, model 94, .30-30 caliber rifle, serial number IS25849
i.   Rossi, model 62 SAC, .22 caliber rifle, serial number G438390
j.   Savage Arms Inc., model 311C, .410 caliber rifle
k.   Ruger, model P-95, 9mm pistol, serial number 31542481

If any of the above-described forfeitable property, as a result of any act or omission of the

defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with, a third party;
(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 28 U.S.C. §

2461(c), to seek forfeiture of any other property of said defendant up to the value of the forfeitable

property described above.

A TRUE BILL

COLM F. CONNOLLY
UNITED STATES ATTORNEY

By:
Shawn A. Weede
Assistant United States Attorney

Dated: March 4, 2008

3