IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 08- 41 |
| ) | |
| JAMES COOK, ) | |
| ) | |
| Defendant. ) | **SEALED** |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, JAMES COOK, as a result of the Indictment returned against him on March 4, 2008.

COLM F. CONNOLLY
United States Attorney

By: _____
Shawn A. Weede
Assistant United States Attorney

Dated: March 4, 2008

AND NOW, this **4th** day of **March**, 2008, upon the foregoing Motion,

**IT IS ORDERED** that a warrant issue for the arrest and apprehension of JAMES COOK.

_____
Honorable Leonard P. Stark
United States Magistrate Judge