IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE      **SEALED**

Case: U.S.A . v. __JAMES COOK__    CASE NO. __CR 08-41-JJF__

The defendant, __JAMES COOK__, having been scheduled for arraignment on __APRIL 4, 2008__

a continuance having been requested by __DEFENSE COUNSEL__

for the following reasons: __FOR SCHEDULING PURPOSES__

and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to __APRIL 17, 2008__

(2) The period between __APRIL 4, 2008__ and __APRIL 17, 2008__ shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 4/17/08