

**DENNIS P. CAGLIA, ESQUIRE**
**Attorney for Defendant**
**502 Swede Street**
**Norristown, PA 19401**
**(610) 275-7770**                                    **Attorney for James Cook**

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : |        |
|---|---|---|
|  | : |  |
| vs. | : |  |
|  | : |  |
| JAMES COOK | : | #08-41 |

## MOTION FOR EARLY DISCLOSURE OF JENCKS ACT
## AND FEDERAL RULE OF CRIMINAL PROCEDURE 26.2 MATERIAL

Defendant, above named, by counsel, respectfully moves the Court for an Order pursuant to 18 U.S.C. §3500(b) and Federal Rule of Criminal Procedure 26.2(a) directing the Government to produce in advance of trial any statement, as defined therein, of any witnesses, in possession of the Government, which relates to the subject matters to which the witness has testified, and that it delivered to the court in camera any statements deemed to be appropriate under §3500(c) or Rule 26.2(c).

D.P.C./s/ _____
Dennis P. Caglia, Esquire
Attorney for Defendant,
James Cook

FILED
MAY 1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**DENNIS P. CAGLIA, ESQUIRE**
**Attorney for Defendant**
**502 Swede Street**
**Norristown, PA 19401**
**(610) 275-7770**                                             **Attorney for James Cook**

---

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| JAMES COOK | : #08-41 |

---

## CERTIFICATION OF SERVICE

I, DENNIS P. CAGLIA, Esquire, hereby certify that on the date set forth below, a true and correct copy of the foregoing Motion for Early Disclosure of Jencks Act and Federal Rule of Criminal Procedure 26.2 Material was served upon the following counsel in the manner indicated below.

Service by first class mail as follows:

Shaun Weede, Esquire
United States Attorney's Office
1007 Orange Street – Suite 700
P. O. Box 2046
Wilmington, DE 19801

D.P.C./s/ _____
Dennis P. Caglia, Esquire
Attorney for Defendant,
James Cook

Date: May 1, 2008

**DENNIS P. CAGLIA, ESQUIRE**
**Attorney for Defendant**
**502 Swede Street**
**Norristown, PA 19401**
**(610) 275-7770**                                           **Attorney for James Cook**

---

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| JAMES COOK | : #08-41 |

### ORDER

AND NOW, to wit, this _____ day of _____, 2008, upon consideration of the within motion and argument thereon before the court, IT IS ORDERED that the Government release Jencks Act material to defense counsel _____ days prior to the commencement of trial.

BY THE COURT:

_____
J.

cc:   Dennis P. Caglia, Esquire
      Shaun Weede, Esquire