

**DENNIS P. CAGLIA, ESQUIRE**
**Attorney for Defendant**
**502 Swede Street**
**Norristown, PA 19401**
**(610) 275-7770**                                                 **Attorney for James Cook**

---

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| JAMES COOK | : #08-41 |

---

### DEFENDANT, JAMES COOK'S MOTION FOR GOVERNMENT AGENTS TO RETAIN, PRESERVE AND PRODUCE THEIR ROUGH NOTES

Defendant, James Cook, by and through his attorney, Dennis P. Caglia, respectfully moves this Court as follows:

1. Request is hereby made that agents of any law enforcement agency (including the United States Attorney's Office) which investigated the charges in the instant case retain, preserve and produce at trial, for inspection by defendant and the Court, all rough notes made during or after their interrogation of government witnesses herein whether or not the contents of said notes are incorporated in official records or reports.

2. This request is made so that the trial court can determine whether disclosure of said notes is required under Brady v. Maryland, 373 U.S. 83 (1963) or the "Jenck's Act," 18 U.S.C. Sec. 3500.

3. In support of this Motion, Defendant relies on United States v. Vella, 562 F.2d 275, 276 (3rd Cir. 1977), wherein the Court held:

MAY    2008

> The rough interview notes of F.B.I. agents should be kept and provuced so that the trial court can determine whether the notes should be made available to the applicant under the rule of Brady v. Maryland, 373 U.S. 83 10 L.Ed. 2d 215, 83 S. Ct. 1194 (1963), or the "Jenck's Act" .... See also United States v. Harrison, 524 F.2d 421 (D.C. Cit. 1975) and United States v. Maynard, 476 F.2d 1170 (D.C.F.2d 1266) (D.C. Cir. 1972)

WHEREFORE, Defendant respectfully requests that the instant Motion be Granted.

Respectfully submitted,

D.P.C./s/ *[signature]*

Dennis P. Caglia, Esquire
Attorney for Defendant,
James Cook

**DENNIS P. CAGLIA, ESQUIRE**
**Attorney for Defendant**
**502 Swede Street**
**Norristown, PA 19401**
**(610) 275-7770**                                                **Attorney for James Cook**

---

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : |
| JAMES COOK | : #08-41 |

---

### CERTIFICATION OF SERVICE

I, DENNIS P. CAGLIA, Esquire, hereby certify that on the date set forth below, a true and correct copy of the foregoing Motion for Government Agents to Retain, Preserve and Produce Their Rough Notes was served upon the following counsel in the manner indicated below.

Service by first class mail as follows:

> Shaun Weede, Esquire
> United States Attorney's Office
> 1007 Orange Street – Suite 700
> P. O. Box 2046
> Wilmington, DE 19801

D.P.C./s/ _____
Dennis P. Caglia, Esquire
Attorney for Defendant,
James Cook

Date: May 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA | : |  |
|---|---|---|
|  | : |  |
| vs. | : |  |
|  | : |  |
| JAMES COOK | : | #08-41 |

**ORDER**

AND NOW, this _____ day of _____ , 2008, upon review of defendant, James Cook's Motion for Government Agents to Retain, Preserve and Produce Their Rough Notes, it is hereby ORDERED and DECREED that said Motion is GRANTED.

                                        BY THE COURT:

                                        _____
                                                                         J.

cc:    Dennis P. Caglia, Esquire
        Shaun Weede, Esquire