IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | (SEALED) |
| v. | : | Criminal Action No. 08-041 JJF |
| JAMES COOK, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, on May 7, 2008, the Court held a Scheduling Conference in the above-captioned matter;

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **June 5, 2008 at 11:00 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware;

IT IS FURTHER ORDERED that:

1) A Pretrial Conference will be held on **August 6, 2008 at 1:00 p.m.**

2) Trial will commence on **September 17, 2008 at 9:30 a.m.**

3) The time between May 7, 2008 and June 5, 2008, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

May 15, 2008
DATE

UNITED STATES DISTRICT JUDGE