# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 08-41-JJF |
| | ) | |
| JAMES COOK | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed.

COLM F. CONNOLLY
United States Attorney

_____
States Attorney

Dated: May 30, 2008

**AND NOW**, this _____ day of _____, 2008, upon the foregoing Motion, it is

**ORDERED** that the Indictment and file                                                         ed.

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Criminal Action No. 08-41-JJF** |
| | ) | |
| **JAMES COOK,** | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Brandi C. Everett, Legal Assistant in the Office of the United States Attorney for the District of Delaware, hereby certify that on the 30th day of May, 2008 that a copy of the foregoing **Motion and Order to Unseal Indictment and File** was sent via U.S. Mail to counsel of record as follows:

Dennis Caglia, Esquire
502 Swede St.
Norristown, PA 19401

/s/Brandi C. Everett
Brandi C. Everett
Legal Assistant