

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

| | |
|---|---|
| *Nemours Building* | *(302) 573-6277* |
| *1007 Orange Street, Suite 700* | *FAX (302) 573-6220* |
| *P.O. Box 2046* | |
| *Wilmington, Delaware 19899-2046* | |

June 19, 2008

**VIA ECF**

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   **United States v. James Cook**
             **Criminal Action No.   08-41-JJF**

Dear Judge Farnan:

      After the evidentiary hearing on the defendant's motion to suppress evidence (D.I. 18), the Court directed the parties to file supporting memoranda ten (10) days after receipt of the hearing transcripts.  These transcripts were made available on Monday, June 9, 2008 (D.I. 23).  This morning, the government received an ECF notice that the defendant's counsel, Dennis Caglia, Esquire, filed his memorandum of law.  Respectfully, the government believes that counsel filed his memorandum a few days early.  Excluding weekends from the calculation (per Fed. R. Crim. P. 45(a)(1)), the government respectfully asserts that the memoranda are due Monday, June 23, 2008.  The government will file its memorandum on or before that date.  In the spirit of fair play, the government will not review the defendant's brief prior to filing its own.

                    Respectfully submitted,

                    COLM F. CONNOLLY
                    United States Attorney

         BY:      /s/ Shawn A. Weede
                    Shawn A. Weede
                    Assistant United States Attorney

cc:     Dennis Caglia, Esq.