IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 08-041 JJF |
| JAMES COOK, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, the Court has recently learned that it is familiar with the Defendant's family;

WHEREAS, the Court has concluded that recusal is warranted;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) The August 6, 2008 Pretrial Conference and September 17, 2008 Jury Trial is CANCELLED.

2) The above-captioned case shall be placed with the Clerk of Court for reassignment.

3) The time between the date of this Order and the date of reassignment, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

July 28, 2008                           Joseph J. Farnan Jr.
DATE                                    UNITED STATES DISTRICT JUDGE