**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Criminal Action No. 08-41-GMS |
| JAMES COOK, | ) ) ) |
| Defendant. | ) |

**MOTION FOR A STATUS CONFERENCE**

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. On March 4, 2008, defendant James Cook was indicted with one count of attempting to possess with intent to distribute a mixture and substance containing a detectible amount of cocaine, in violation of U.S.C. §§ 841(a)(1), (b)(1)(C), and 846, and one count of being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

2. On May 1, 2008, the defendant filed a motion to suppress evidence (D.I. 18). An evidentiary hearing on the motion was held before the Honorable Joseph J. Farnan, Jr. on June 5, 2008, and the parties have filed post-hearing briefing.

3. On July 28, 2008, Judge Farnan recused himself from the case (D.I. 27). Thereafter, on July 30, 2008, the case was reassigned to the Honorable Gregory M. Sleet (D.I. 28).

4. The government respectfully requests that the Court set a status conference to discuss further proceedings in the case.

5. The government also respectfully requests that the Court exclude the time from the date

of this motion until the date it sets for the status conference under the Speedy Trial Act (18 U.S.C. § 3161 *et seq*.). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

      WHEREFORE, the government respectfully requests that the Court grant its Motion for a Status Conference. A proposed Order is attached.

      Respectfully submitted,

      COLM F. CONNOLLY
      United States Attorney

By:    /s/ Shawn A. Weede
      Shawn A. Weede
      Assistant United States Attorney

Dated:    August 8, 2008

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 08-41-GMS |
| | ) | |
| JAMES COOK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Having considered the government's Motion for a Status Conference, **IT IS HEREBY ORDERED** that a status conference is set for _____, 2008, at _____ a.m./p.m.

**IT FURTHER ORDERED** that the period from the date of this motion through the date of the above status conference is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

 

_____
The Honorable Gregory M. Sleet
Chief, United States District Judge

Dated: