IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) ) ) | |
| vs. | ) ) | Criminal Action No. 08-41-GMS |
| JAMES COOK, | ) ) ) | |
|     Defendant. | ) | |

### ORDER

Having considered the government's Motion for a Status Conference, **IT IS HEREBY ORDERED** that a status conference is set for _September 5_, 2008, at _10:00_ a.m./~~p.m.~~

**IT FURTHER ORDERED** that the period from the date of this motion through the date of the above status conference is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

The Honorable Gregory M. Sleet
Chief, United States District Judge

Dated: _August 25, 2008_

**FILED**
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3